UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  CASE NO.  09-12324-BKC-AJC
EDDIE GARCIA

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

*RECEIVED VIA MAIL*
*JUL 26 2010*
*U.S. BANKRUPTCY CT.*
*SO. DIST. OF FLA.*
*MIAMI - OFFICE*
*R# 286716*

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 76.99 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date:  **JUL 2 3 2010**

_____
NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

EDDIE GARCIA
11486 NW 94 PLACE #2
HIALEAH, FL 33018

MITCHELL J. NOWACK, ESQ.
8180 NW 36 ST
SUITE 209
MIAMI, FL 33166

ETHEREAL GARDENS II CONDO
13965 NW 67 AVENUE
MIAMI, FL 33162

ETHEREAL GARDENS II CONDO
13965 NW 67 AVENUE
MIAMI, FL 33162

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    CASE NO.  09-12324-BKC-AJC
EDDIE GARCIA


                                          CHAPTER 13


EDDIE GARCIA

11486 NW 94 PLACE #2
HIALEAH, FL 33018


MITCHELL J. NOWACK, ESQ.
8180 NW 36 ST
SUITE 209
MIAMI, FL 33166

ETHEREAL GARDENS II CONDO        ---------$          51.54
13965 NW 67 AVENUE                        UNDELIVERABLE/STALE
MIAMI, FL 33162                           CLAIM REGISTER#  O


ETHEREAL GARDENS II CONDO        ---------$          25.45
13965 NW 67 AVENUE                        UNDELIVERABLE/STALE
MIAMI, FL 33162                           CLAIM REGISTER#  O


U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130